Irina Hughes, FL Bar No. 66198
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon  97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Irina_Hughes@fd.org

Attorney for Defendant

# United States District Court

# District of Oregon

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Selina Wynne Duflo,<br><br>　　　　　　　　Defendant. | No. 6:21-cr-00153-MC<br><br>Defendant's Sentencing Memorandum<br><br>Sentencing: February 28, 2023 at 10:30 a.m. |

Selina Wynne Duflo is scheduled to appear for sentencing for the offense of production of child pornography in violation of 18 U.S.C. § 2251 (a) and (e). The parties jointly recommend that the Court impose a sentence of 240 months imprisonment followed by twelve (12) years of

supervised release. This sentence is sufficient but not greater than necessary to further the goals of sentencing outlined in 18 U.S.C. § 3553(a). Ms. Duflo relies on the details provided in her sentencing letter, which she submits separately.

    Respectfully submitted: February 22, 2023.

*s/Irina Hughes*
Irina Hughes
Assistant Federal Public Defender
